PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | VIDAL ANGEL VELASCO |
| **Docket Number:** | 1:002CR05146-001 REC |
| **Offender Address:** | Sanger, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/22/1999 (Southern District of California) |
| **Original Offense:** | Conspiracy to Import Marijuana, 21 USC 952, 960, 963 (CLASS B FELONY) |
| **Original Sentence:** | 46 months BOP, 60 months TSR, $100 SA, Mandatory Testing |
| **Special Conditions:** | 1) Not possess firearms; 2) Search; 3) Report all vehicles or operated; 4) Drug/alcohol treatment and testing; 5) Mental health treatment; 6) Resolve all outstanding warrants; and, 7) Not enter Mexico without USPO permission |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/27/2001 |
| **Assistant U.S. Attorney:** | Unassigned     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Federal Defender     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>01/20/2004</u>    : | Court advised that on 11/20/2003, release was convicted of PC 273.5, Corporal Injury to Spouse. He was sentenced to 3 years probation, 90 days jail, and a fine. He was also ordered to participate in a batters program as well as parenting course.<br>Court accepted USPO plan for releasee to participate in mental health counseling and parenting class. Court also informed that releasee returned to live with wife and children. No further action was taken by court. |

**RE:   VIDAL ANGEL VELASCO**
       **Docket Number:   1:02CR05146-001 REC**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1. **NEW LAW VIOLATION**
2. **FAILURE TO ADVISE USPO OF CONTACT WITH LAW ENFORCEMENT**

**Details of alleged non-compliance:**  On February 2, 2006, the releasee was arrested by the Fresno County Sheriff's Department for PC 273a(b), Cruelty to Child by Inflicting Harm. On this date, the releasee had appeared at Fresno County Superior Court for a custody hearing; it was determined the releasee had the warrant, which was originally issued on July 18, 2005.  According to the investigative report, the releasee allegedly inflicted corporal punishment upon his children (hit with a belt) sometime in <u>August 2004</u>.  This information was reported to law enforcement by officials of the school the children attended.

The releasee recalls the incident but states he did not report it to this officer as Child Protective Services, the agency who investigated the matter, returned their children within 24 hours.

(The fact a warrant had been issued for the releasee's arrest in July 2005 was unknown to this officer despite two routine criminal background checks that were conducted since the date it was issued.)

**United States Probation Officer Plan/Justification:**  The releasee is currently pending charges (Fresno County Superior Court #M05914991-5).  The circumstances of this case are in dispute.  Given the date of incident and nature of offense, it is recommended that the Court not take any action at this time.  This officer will advise the Court upon resolution of this matter, at which time the Court can best determine what course of action to take.

**RE:    VIDAL ANGEL VELASCO**
   **Docket Number:   1:02CR05146-001 REC**
   **REPORT OF OFFENDER NON-COMPLIANCE**


                              Respectfully submitted,

                              /s/Hubert J. Alvarez

                         **HUBERT J. ALVAREZ**
                    **Senior United States Probation Officer**
                         Telephone:  (559) 499-5727


**DATED:**   March 16, 2006
            Fresno, California
            HJA/mb


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                   **BRUCE A. VASQUEZ**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   March 20, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE

Rev. 04/2005
prob12a1.MRG